# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry William Schwanke, | Civil No. 10-4547 (DWF/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Barclays Bank of Delaware and Long Cadillac, | |
| Defendant. | |

Terry William Schwanke, *Pro Se*, Plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records, and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis*, (Doc. No. [2]), is **DENIED**.

2. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: December 15, 2010    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge